IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHERYL A. LYONS,

    Plaintiff

v.    Case No. 05-4079

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration,    Defendant

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 2nd day of November 2006.

    /s/ Robert T. Dawson
    HONORABLE ROBERT T. DAWSON
    UNITED STATES DISTRICT JUDGE